E-FILED
Friday, 14 October, 2005  11:36:48 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DONLEY SCHLUETER Special Administrator )
of the Estate of CARL RICHARD TURNER, )
deceased, )
 )
    Plaintiff, )    No 04-3069
 )
ROBERT KINDERMANN, JOEY MCAVOY, )    Magistrate Charles H. Evans
 and DAVID STENGLER, )
 )
    Defendant. )

### STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto and by their respective attorneys, that the above captioned case be dismissed with prejudice, without costs to any party, all claims having been compromised and settled.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the dismissal shall be a bar to the bringing of any action based upon and/or including the claim for which this action has been brought.

CLANCY LAW OFFICES

By: _____
s/ MICHAEL W. CLANCY #6208704
Attorney for Plaintiff


BECKER PAULSON HOERNER & THOMPSON

BY: _____
s/ HEINZ M. RUDOLF #6231253
Attorney for Defendant

Michael W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles IL 60174
(630) 584-7666